USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
FOUR JAYS MUSIC COMPANY, :
:
              Plaintiff, :
: 20-CV-10120 (VSB)
   - against - :
: **ORDER**
:
APPLE, INC., GOOGLE LLC, THE :
ORCHARD ENTERPRISES, INC., :
ORCHARD ENTERPRISES, NY, INC., and :
CLEOPATRA RECORDS, INC. :
:
             Defendants. :
:
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      This case has been transferred to me pursuant to Judge Fernando Olguin's December 1, 2020 Order. (Doc. 153). Defendants Google LLC, Orchard Enterprises, Inc., and Orchard Enterprises, NY, Inc. are hereby directed to file answers or otherwise respond to Plaintiff's First Amended Complaint by on or before December 30, 2020.

SO ORDERED.

Dated: December 18, 2020
      New York, New York

                                         Vernon S. Broderick
                                         United States District Judge