```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
FOUR JAYS MUSIC COMPANY and                              :
JULIA RIVA,                                              :
                                                         :
                             Plaintiffs,                 :    20-CV-10120 (VSB)
                                                         :
             -against-                                   :         ORDER
                                                         :
APPLE, INC., THE ORCHARD                                 :
ENTERPRISES, INC., ORCHARD                               :
ENTERPRISES NY, INC., CLEOPATRA                          :
RECORDS, INC. and GOOGLE LLC,                            :
                                                         :
                             Defendants.                 :
                                                         :
---------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/4/2021

VERNON S. BRODERICK, United States District Judge:

On December 30, 2020, Defendants Google LLC, The Orchard Enterprises, Inc., and Orchard Enterprises, NY, Inc. filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 166.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by January 20, 2021. It is unlikely that Plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by January 29, 2021. Defendants' reply, if any, shall be served by February 12, 2021. Consistent with my emergency individual rules in light of COVID-19, no papers, including courtesy hard copies of any filing or document, may be submitted to Chambers.

SO ORDERED.

Dated: January 4, 2021
      New York, New York

*Vernon S. Broderick*
United States District Judge